UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STACY SPARKS, | ) |
| Plaintiff, | ) 2:23-cv-377-MJD-JRS |
| v. | ) |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, [1] | ) |

**JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff and **REVERSES** and **REMANDS** this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.

Dated: 11 JAN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).